UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARAM PRASAD LLC d/b/a/ BISHOP OF SEVENTH, a New York limited liability company,<br><br>                              Plaintiff,<br><br>      *- against -*<br><br>CACHE, INC., a Florida corporation,<br><br>                              Defendant. | Case No. **07 CV 5785 (PAC) (JCF)**<br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, KARAM PRASAD LLC d/b/a/ BISHOP OF SEVENTH, a New York limited liability company, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

<b><u>- NONE -</u></b>

Dated: New York, New York
       June 19, 2007

                                        **MILLEN, WHITE, ZELANO & BRANIGAN, P.C.**
                                        Attorneys for Plaintiff
                                        2200 Clarendon Blvd., Ste. 1400
                                        Arlington, VA 22201-3360
                                        (703) 243-6333 tel.

                                        **EDWARD F. WESTFIELD, P.C.**
                                        Attorneys for Plaintiff

                                        By:  s/*Edward F. Westfield Jr.*
                                                  Edward F. Westfield Jr.
                                                  (EW1625)
                                        274 Madison Ave., Ste. 1601
                                        New York, NY 10016-0701
                                        (212) 532-6625 tel