UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARAM PRASAD LLC d/b/a/ BISHOP OF SEVENTH, a New York limited liability company,<br><br>                              Plaintiff,<br><br>- *against* -<br><br>CACHE, INC., a Florida corporation,<br><br>                              Defendant. | Case No. **07 CV 5785 (PAC) (JCF)**<br><br>**AFFIDAVIT OF SERVICE OF THE SUMMONS, COMPLAINT, AND RELATED PAPERS** |

STATE OF NEW YORK; COUNTY OF NEW YORK } SS.:

**EDWARD F. WESTFIELD JR.**, being duly sworn, deposes and says:

1. I am not a party to the above-entitled action, am at least 18 years of age, and reside in the County of Kings and State of New York. I am an attorney, duly admitted and qualified to practice in this District Court and associated with Edward F. Westfield, P.C., attorneys for plaintiff KARAM PRASAD LLC d/b/a/ BISHOP OF SEVENTH in the above-entitled action.

2. On June 19, 2007, at approximately 2:17 p.m., I served the annexed Summons—together with the Complaint, the Civil Cover Sheet, the Rule 7.1 Statement, the individual rules packets for the respective assigned District Judge and Magistrate Judge, and the Instructions, Procedures and Guidelines for Electronic Case Filing—in the above-entitled action, upon defendant CACHE, INC. by delivering true and correct copies of the papers described above personally and in-hand to **Mr. Victor Coster** (a white male with brown/grey hair, wearing eyeglasses; approx. 6' 2", 200 lbs. and 50 years of age), the Treasurer of CACHE, INC., a Florida corporation, who affirmed that he is an agent authorized to accept service of process on behalf of said corporation; this service occurred within the confines of 1440 Broadway, Fl. 5, New York, NY 10018-2385, which is defendant's principal and actual place of business within this District.

                                                                                                *s/ Edward F. Westfield Jr.*
                                                                                                **Edward F. Westfield Jr.** (#EW1625)

Sworn to before me this
19th day of June, 2007

*s/ Edward F. Westfield*
        (Notary Public)

EDWARD F. WESTFIELD
Notary Public, State of New York
No. 02WE5026190
Qualified in Bronx County
Commission Expires April 11, 2010