(Crotty, S.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KARAM PRASAD LLC d/b/a BISHOP OF
SEVENTH, a New York limited liability
company,

                Plaintiff,                07 CV 5785 (PAC) (JCF)

-against-                           STIPULATION EXTENDING
                                           TIME FOR DEFENDANT
                                           CACHE, INC. TO APPEAR,
CACHE, INC., a Florida corporation,      ANSWER OR OTHERWISE
                                           MOVE
                Defendant.
-------------------------------------------------------------- X

**MEMO ENDORSED**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for plaintiff KARAM PRASAD LLC d/b/a BISHOP OF SEVENTH, and defendant CACHE, INC., that the time for defendant to appear, answer, or make any motion with relation to the Summons and Complaint in this action be and the same hereby is extended to and includes the 23rd day of July, 2007.

Defendant waives any defense based upon sufficiency of service of process.

DATED:     New York, New York
               July 2, 2007

← See Individual Practices o
www.nysd.uscourts.gov

EDWARD F. WESTFIELD, P.C.            NIXON PEABODY LLP
Attorneys for Plaintiff                        Attorneys for Defendant

By: _____             By: _____
Edward F. Westfield Jr.(EW1625)       Tamar Y. Davdevani (TD7603)
274 Madison Avenue, Ste. 1601         437 Madison Avenue
New York, N.Y. 10016-0701             New York, N.Y. 100022
(212) 532-6625                                (212) 940-3000
(212) 532-6627 (fax)                     (212) 940-3111 (fax)

SO ORDERED:  7/5/07
_____
UNITED STATES DISTRICT JUDGE

10640932.1