

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| KARAM PRASAD LLC d/b/a/ BISHOP OF SEVENTH, a New York limited liability company,<br><br>        Plaintiff,<br><br>  - against -<br><br>CACHE, INC., a Florida corporation,<br><br>        Defendant. | Case No. 2007 CV 5785 (PAC)<br><br>**MOTION TO ADMIT COUNSEL**<br>*PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **EDWARD F. WESTFIELD JR.**, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

  Applicant's Name: ..... **MICHAEL S. CULVER, ESQ.**

  Firm Name: ................ Millen, White, Zelano & Branigan, P.C.

  Address: .................... 2200 Clarendon Blvd., Ste. 1400

  City/State/Zip: ............ Arlington, VA 22201-3360

  Phone Number: .......... (703) 243-6333

  Fax Number: .............. (703) 243-6410

  Email: ......................... culver@mwzb.com

2

Applicant, **Michael S. Culver, Esq.**, is a member in good standing of the bar of the **Commonwealth of Virginia**. There are no pending disciplinary proceeding against the Applicant in any State or Federal court.

Dated: New York, New York
       July 10, 2007

**EDWARD F. WESTFIELD, P.C.**
Attorneys for Plaintiff

By: _____
Edward F. Westfield Jr.
(EW1625)
efwjr@efwpc.com
274 Madison Avenue, Suite 1601
New York, NY 10016-0701
(212) 532-6625 tel
(212) 532-6627 fax

TO:    NIXON PEABODY LLP
Attorneys for Defendant
Attn: Tamar Duvdevani, Esq.
(tduvdevani@nixonpeabody.com)
437 Madison Ave., Fl. 23
New York, NY 10022-7039
(212) 940-3000 tel
(212) 940-3111 fax

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARAM PRASAD LLC d/b/a/ BISHOP OF SEVENTH, a New York limited liability company,<br><br>        Plaintiff,<br><br>- against -<br><br>CACHE, INC., a Florida corporation,<br><br>        Defendant. | Case No. 2007 CV 5785 (PAC)<br><br>**AFFIDAVIT OF EDWARD F. WESTFIELD JR. IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF NEW YORK    } ss.:
COUNTY OF NEW YORK  }

  EDWARD F. WESTFIELD JR., being duly sworn deposes and says:

  1.  I am associated with Edward F. Westfield P.C., counsel for plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit **Michael S. Culver, Esq.** as counsel *pro hac vice* to represent plaintiff in this matter.

  2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April 10, 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

  3.  I have known Mr. Culver since May 2007

  4.  Mr. Culver is a partner of Millen, White, Zelano & Branigan, P.C., in Arlington, Virginia.

3

5. Mr. Culver, Esq., is a member in good standing of the bar of the Commonwealth of Virginia. There are no pending disciplinary proceeding against the Applicant in any State or Federal court. A copy of Mr. Culver's Certificate of good standing, issued by the Virginia State Bar, dated Jun 22, 2007, is annexed hereto as exhibit A.

6. I have found Mr. Culver to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

7. Accordingly, I am pleased to move the admission of Michael S. Culver, Esq., *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Michael S. Culver, Esq., *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Michael S. Culver, Esq., *pro hac vice*, to represent plaintiff Karam Prasad LLC d/b/a/ Bishop of Seventh in the above captioned matter, be granted.

Edward F. Westfield Jr. (EW1625)
efwjr@efwpc.com

Sworn to before me this
10th day of July, 2007

(Notary Public)

EDWARD F. WESTFIELD
Notary Public, State of New York
ID Number: 02WE5026190
Qualified in BRONX County
Commission Expires April 11, 2010

**EDWARD F. WESTFIELD, P.C.**
Attorneys for Plaintiff
274 Madison Avenue, Suite 1601
New York, NY 10016-0701
(212) 532-6625 tel
(212) 532-6627 fax

Howard W. Martin, Jr., President
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Manuel A. Capsalis, President-elect
Capsalis, Bruce & Reaser, P.L.C.
2200 Wilson Boulevard, Suite 800
Arlington, VA 22201
Telephone: (703) 358-9620

Karen A. Gould, Immediate Past President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone: (804) 545-2415

George W. Chabalewski
Bar Counsel

# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501   TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

June 22, 2007

### CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **MICHAEL STEVEN CULVER** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. CULVER** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 5, 1990**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*Thomas A. Edmonds*

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARAM PRASAD LLC d/b/a/ BISHOP OF SEVENTH, a New York limited liability company,<br><br>                          Plaintiff,<br><br>- against -<br><br>CACHE, INC., a Florida corporation,<br><br>                          Defendant. | Case No. 2007 CV 5785 (PAC)<br><br>**DECLARATION OF SERVICE**<br>(*Pro Hac Vice* Motion) |

     EDWARD F. WESTFIELD JR., an attorney duly admitted and licensed to practice in this District Court, under penalty of perjury, hereby declares as follows:

     1.    I am not a party to this action, am 18 years of age or older, and reside in the Borough of Brooklyn, County of Kings, City and State of New York. I am associated with Edward F. Westfield, P.C., attorneys for the plaintiff in the above entitled action.

     2.    July 10, 2007, I served true and correct copies of the annexed Motion to Admit Counsel *Pro Hac Vice*, dated July 10, 2007, and Affidavit of Edward F. Westfield Jr. in Support of Motion to Admit Counsel *Pro Hac Vice*, dated June 10, 2007, by depositing the papers, enclosed in a first class postpaid wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the following address(es), which is/are designated by the addressee(s) for that purpose or, if none is designated, which is/are the last known address(es) of the addressee(s):

```
NIXON PEABODY LLP
ATTN: TAMAR DUVDEVANI ESQ
437 MADISON AVE FL 23
NEW YORK NY 10022-7039
```

Dated: New York, New York
         July 10, 2007

                                                            **Edward F. Westfield Jr.**
                                                            (Pursuant to 22 NYCRR 130-1.1-a)

**EDWARD F. WESTFIELD, P.C.**
Attorneys for Defendants
274 Madison Ave., Ste. 1601
New York, NY 10016-0701
(212) 532-6625 tel.