```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 5 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAM PRASAD LLC d/b/a/ BISHOP OF
SEVENTH, a New York limited liability
company,

                              Plaintiff,

- *against* -

CACHE, INC., a Florida corporation,

                              Defendant.

Case No. 2007 CV 5785 (PAC)

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

Upon the motion of Edward F. Westfield Jr., of Edward F. Westfield P.C., attorney for plaintiff Karam Prasad LLC d/b/a/ Bishop of Seventh, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

> Applicant's Name: ..... **MICHAEL S. CULVER, ESQ.**
> Firm Name: ................ Millen, White, Zelano & Branigan, P.C.
> Address: ..................... 2200 Clarendon Blvd., Ste. 1400
> City/State/Zip:............ Arlington, VA 22201-3360
> Phone Number: .......... (703) 243-6333
> Fax Number: .............. (703) 243-6410
> Email:......................... culver@mwzb.com

is admitted to practice *pro hac vice* as counsel for plaintiff Karam Prasad LLC d/b/a/ Bishop of Seventh in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at *nysd.uscourts.gov*. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____July 25_____, 2007
          New York, New York

_____
                                        U.S.D.J.