UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARAM PRASAD LLC d/b/a/ BISHOP OF SEVENTH,<br><br>                    Plaintiff,<br><br>- *against* -<br><br>CACHE, INC.,<br><br>                    Defendant. | Case No. 2007 CV 5785 (PAC)<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**<br>**(ELECTRONICALLY FILED)** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Chachi Prasad, dated July 17, 2007, the Declaration of Michael S. Culver, Esq., dated July 17, 2007, Plaintiff's Memorandum in Support of Motion for Preliminary Injunction, and upon all the proceedings previously had in this matter, the undersigned respectfully moves this Court, pursuant to Fed. R. Civ. P. 65(d), for an order preliminarily enjoining Defendant from infringing Plaintiff's trademarks and trade dress, as alleged and set forth in the Amended Complaint herein.

Dated: Arlington, Virginia
       August 10, 2007

                              MILLEN, WHITE, ZELANO &
                              BRANIGAN, P.C.
                              Attorneys for Plaintiff

                              By: s/Michael S. Culver
                                  Michael S. Culver
                                  (admitted *pro hac vice*)
                                  culver@mwzb.com
                              2200 Clarendon Blvd., Ste. 1400
                              Arlington, VA 22201-3360
                              (703) 243-6333 tel.
                              (703) 243-6410 fax.

                              **EDWARD F. WESTFIELD, P.C.**
Attorneys for Plaintiff
    Edward F. Westfield Jr.
    (EW1625)
    efwjr@efwpc.com
274 Madison Avenue, Suite 1601
New York, NY 10016-0701
(212) 532-6625 tel
(212) 532-6627 fax


TO:    NIXON PEABODY LLP
        Attorneys for Defendant
        Attn: Tamar Duvdevani, Esq.
        (tduvdevani@nixonpeabody.com)
        437 Madison Ave., Fl. 23
        New York, NY 10022-7039
        (212) 940-3000 tel
        (212) 940-3111 fax