UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAM PRASAD, LLC d/b/a/ BISHOP OF SEVENTH,

Plaintiff,

*- against -*

CACHE, INC.,

Defendant.

Case No. 07 CV 5785 (PAC) (JCF)

**DECLARATION OF MICHAEL CULVER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Michael Culver, hereby declare as follows:

1. I am an attorney of record for Plaintiff in this action and submit this Declaration in support of a preliminary injunction. This Declaration identifies and authenticates as true and correct copies the attached materials at Exhibits A through O.

2. Exhibit A is a true and correct copy of a dictionary definition for "besom pocket" from the website located at the URL indicated in the footer.

3. Exhibit B is a photograph of blue jeans marketed by Plaintiff.

4. Exhibit C are true and correct copies of the home page and "about us" page from the website cache.com located at the URL indicated in the footer.

5. Exhibit D are true and correct copies of the web pages from cache.com located at the URL indicated in the footers collected by searching the website using the words "jean" and "denim" with additional web pages of selected products showing details.

6. Exhibit E is a true and correct copy of the web page from cache.com located at the URL indicated in the footer, as printed on July 10, 2007.

7. Exhibit F is a photograph of Defendant's product Besom Pocket Stretch Jean.

8. Exhibit G is a photograph of the jeans shown in Exhibits B and F.

9. Exhibit H is a photograph of the jeans shown in Exhibits B and F, showing the leg seams.

10. Exhibit I are true and correct copies of my letter dated May 22, 2007 and enclosures to Corrine R. Gorski, Esq. with NIXON PEABODY LLP. No response was received to this letter.

11. Exhibit J is a true and correct copy of my emails dated June 1 and 4, 2007 to Corrine R. Gorski, Esq. with NIXON PEABODY LLP. No response was received to these emails.

12. Exhibit K are true and correct copies of the web pages from wikipedia.com located at the URL indicated in the footer.

13. Exhibit L are true and correct copies of web pages from the websites at businessweek.com and nytimes.com located at the URL indicated in the footer.

14. Exhibit M are true and correct copies of web pages from the website fashionsnoops.com located at the URL indicated in the footer.

15. Exhibit N are true and correct copies of the web pages from the U.S. Patent and Trademark Office website, uspto.gov, for Registration No. 2791156 located at the URL indicated in the footer.

16. Exhibit O is a photograph of the jeans shown in Exhibit F showing the front side.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2007

Michael Culver

# Exhibit A

Ads by Google

H Jones VC

Best Book on Falklands War I depth look at th Darwin Hill's
davidjkenney.com

Advertise on this sit

Reference > American Heritage® > Dictionary

‹ besom besot ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# besom pocket

NOUN: A flapless pocket trimmed with welting or reinforced stitching.

ETYMOLOGY: *besom*, reinforcement around pocket opening.

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ besom besot ›

Google™ Search

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2005 Bartleby.com





# Exhibit B



**Exhibit C**

home my account order status find a store customer service shopping bag (0)

search GO

shop

- new arrivals
- leather & suede salon
- tops
- bottoms
- jackets
- the dress collection
- accessories
- sale rack
- gift cards

Introducing the Caché Visa Card

Shop the JUNE CATALOG SHOP NOW

Sale Rack

introducing...

caché accents™

a very special club for our most loyal customers

once you're a member enjoy a **5% discount every time you shop!**

▶ Click here for more details

JOIN OUR MAILING LIST GO

APPLY NOW FOR THE CACHE VISA CARD! GO

help / contact us / about us / investor relations / careers at Caché / privacy policy

CACHÉ

home my account order status find a store customer service shopping bag (0)

search GO

about us

investor relations
help
security
contact us
preferred client
careers

Introducing
the Caché
Visa Card

Shop the
JUNE CATALOG
SHOP NOW

Sale Rack

home > about us

## about us

What makes a woman captivating? Her style? Her charm? Her wit? Captivating is that and more. It's that special spark that shines in her eyes, the energy that animates her every move.

Even her clothes reflect it. Fashion-forward, naturally, but what really makes her style captivating is its exquisite attention to detail.

This is the Caché woman: confident, sexy, social and stylish.

From our distinctive casual sportswear to our stunning eveningwear to our contemporary accessories, our collections draw the eye with their unique detailing. Because our clothes must be as charismatic as the woman who wears them.

Whether in our 260+ boutiques coast to coast or online at cache.com, we hope to make every moment of your experience rewarding. We promise to provide the highest level of security and quality wherever you choose to visit.

Our relationship with you is extremely important to us. If there is any way we can improve your experience, please let us know. Contact us any time at custserv@cache.com or call 1-800-788-CACHE (2224) Monday-Friday 9am-5pm EST.

JOIN OUR MAILING LIST GO APPLY NOW FOR THE CACHE VISA CARD! GO

help / contact us / about us / investor relations / careers at Caché / privacy policy