**Exhibit D**

# CACHÉ

home | my account | order status | find a store | customer service | shoppin

search

## shop

home > search results

**refine your results:**

search results for 'jean': 10 matches

SORT BY

VIEW ALL

**BY CATEGORY**
- PromoGroup1
- Evening Separates
- Bottoms
- Sales

**BY COLOR**
- Abrgn
- WHITE
- Denim
- Brown
- Black
- DENIM



Introducing the Caché Visa Card

Shop the JUNE CATALOG — SHOP NOW

Sale Rack




Satin Jean Style Pencil Skirt
$98.00


Gothic Embellished Back Pocket Jean
$138.00


Satin Jean Style Pant
$118.00


Straight Leg Jean With Back Flap Pockets
$98.00 $68.60


Rhinestone Crown Back Pocket Jean
$158.00


Pearl And Rhinestone Back Pocket Jean
$99.00 $49.50


White Wide Leg Jean
$118.00 $82.60


Wide Leg Lightweight Denim Jean
$118.00 $82.60


Extend Tab Sparkle Jean With Rhinestone Closure
$98.00


Trimmed Straight-Leg Jean
$138.00

JOIN OUR MAILING LIST GO   APPLY NOW FOR THE CACHE VISA
help / contact us / about us / investor relations / careers at Caché / privac

http://www.cache.com/cache/control/keywordsearch/~SEARCH_CATEGORY_ID=SEARCH   7/15/2007

# CACHÉ

home | my account | order status | find a store | customer service | shoppin

search

## shop

refine your results:

**BY CATEGORY**
- New*
- PromoGroup1
- Bottoms
- Luxe - Elegant Pants
- PromoGroup3
- Luxe
- Sales
- Jackets

**BY COLOR**
- Denim
- DENIM

home > search results

search results for 'denim': 11 matches

SORT BY

VIEW ALL




Denim Jacket With Belt
$168.00


Denim Stud Mini-skirt
$88.00


Denim Bermuda with Covered Buttons
$98.00


Wide Leg Lightweight Denim Jean
$118.00 $82.60


Denim 5 Pocket Crop Legging
$88.00


Trimmed Straight-Leg Jean
$138.00


Rhinestone Crown Back Pocket Jean
$158.00


Gothic Embellished Back Pocket Jean
$138.00


Straight Leg Jean With Back Flap Pockets
$98.00 $68.60


Extend Tab Sparkle Jean With Rhinestone Closure
$98.00


Pearl And Rhinestone Back Pocket Jean
$99.00 $49.50



**CACHÉ**

home    my account    order status    find a store    customer service    shoppin

search

**shop**

- new arrivals
- leather & suede salon
- tops
- bottoms
- jackets
- the dress collection
- accessories
- sale rack
- gift cards



home



more views

**Gothic Embellished Back Pocket Jean**
#03048D38356193

**$138.00**

**Select Color:** Denim

**Select Size:**    **Quantity:**
0    1    FITTING GUIDE

ADD TO BAG

add to wishlist    send to a friend    print this page

JOIN OUR MAILING LIST   GO      APPLY NOW FOR THE CACHE VISA

help / contact us / about us / investor relations / careers at Caché / privac



home  my account  order status  find a store  customer service  shoppin

search

shop

- new arrivals
- leather & suede salon
- tops
- bottoms
- jackets
- the dress collection
- accessories
- sale rack
- gift cards





home

**Rhinestone Crown Back Pocket Jean**
#03048B45397393

**$158.00**

**Select Color:** Denim

**Select Size:** 2    **Quantity:** 1    FITTING GUIDE

ADD TO BAG

add to wishlist   send to a friend   print this page

more views   zoom

APPLY NOW FOR THE CACHE VISA

help  /  contact us  /  about us  /  investor relations  /  careers at Caché  /  privac



CAChé

home   my account   order status   find a store   customer service   shoppin

search

**shop**

new arrivals
leather & suede salon
tops
bottoms
jackets
the dress collection
accessories
sale rack
gift cards



home



more views   zoom

**Wide Leg Lightweight Denim Jean**
#03045A49290193

~~$118.00~~
$82.60

**Select Color:** DENIM

**Select Size:**   **Quantity:**
0   1   FITTING GUIDE

ADD TO BAG

add to wishlist   send to a friend   print this page

our stylist's top p

SELECT ITEM TO VIEW DET



B
Wa
C
Le
J

W/Grom

~~$2~~
$2

VIEW ITEM



Dove
Su
J
w/Cr

~~$2~~
$1

VIEW ITEM



La
S
Dr

sw

$
$

VIEW ITEM



Stretc
w/
E

$



CACHÉ

home    my account    order status    find a store    customer service    shoppin

[search]

**shop**

- new arrivals
- leather & suede salon
- tops
- bottoms
- jackets
- the dress collection
- accessories
- sale rack
- gift cards



home



**Trimmed Straight-Leg Jean**
#03048B45381693

**$138.00**

**Select Color:** Denim

**Select Size:**    **Quantity:**
 0     1    FITTING GUIDE

ADD TO BAG

more views    zoom    add to wishlist    send to a friend    print this page

**our stylist's top p**

SELECT ITEM TO VIEW DET.


Turtl
$
VIEW ITEM


Turtl
$
VIEW ITEM


Turtl
$
VIEW ITEM


S
E
$
VIEW ITEM

JOIN OUR MAILING LIST   GO      APPLY NOW FOR THE CACHE VISA

help / contact us / about us / investor relations / careers at Caché / privac



**CAChé**

home   my account   order status   find a store   customer service   shoppin

search

**shop**

- new arrivals
- leather & suede salon
- tops
- bottoms
- jackets
- the dress collection
- accessories
- sale rack
- gift cards



Introducing the Caché Visa Card

Shop the JUNE CATALOG — SHOP NOW

Sale Rack

home



more views    zoom

**Straight Leg Jean With Back Flap Pockets**
#03045B45366193

~~$98.00~~
**$68.60**

**Select Color:** Denim

**Select Size:**   **Quantity:**
0            1           FITTING GUIDE

ADD TO BAG

add to wishlist   send to a friend   print this page

our stylist's top p

SELECT ITEM TO VIEW DET

Wa
Le
J

w/Scalloped E

~~$2~~
$2

VIEW ITEM

Large
H

$

VIEW ITEM

JOIN OUR MAILING LIST  GO                                         APPLY NOW FOR THE CACHE VISA

help   /   contact us   /   about us   /   investor relations   /   careers at Caché   /   privac



# Exhibit E

