# Exhibit F

# Exhibit G



# Exhibit H

Case 1:07-cv-05785-PAC    Document 13    Filed 08/10/2007    Page 6 of 6

