**Exhibit F**



**Exhibit G**



# Exhibit H

Case 1:07-cv-05785-PAC    Document 14    Filed 08/10/2007    Page 6 of 6

