# Exhibit I

Case 1:07-cv-05785-PAC   Document 15   Filed 08/10/2007   Page 1 of 8

## MILLEN, WHITE, ZELANO & BRANIGAN, P.C.
LAW OFFICES

2200 CLARENDON BOULEVARD
SUITE 1400
ARLINGTON, VIRGINIA 22201

PHONE: 703/243-6333
TELECOPIER: 703/243-6410
E-MAIL: MAIL@MWZB.COM

I. WILLIAM MILLEN
JOHN L. WHITE
ANTHONY J. ZELANO
JOHN R. MOSES
HARRY B. SHUBIN
BRION P. HEANEY
RICHARD J. TRAVERSO
ALAN E. J. BRANIGAN

JOHN A. SOPP
JEFFREY R. COHEN
JEFFREY A. SMITH[1]
CSABA HENTER[1]
SCOTT J. MAJOR
DANIEL E. FISHER[1]
MICHAEL S. CULVER
ADAM D. MANDELL
JENNIFER J. BRANIGAN[2]
SAGUN KC[3]

May 22, 2007

**Delivered & By Email**

Corrine R. Gorski, Esq.
NIXON PEABODY LLP
Suite 900
401 9th Street NW
Washington, D.C. 20004-2145

Re:   Trademark/Trade Dress Infringement
      Karam Prasad, LLC v. Cache, Inc.

Dear Ms. Gorski:

  We are writing to you in your capacity as trademark counsel for Cache, Inc. We represent Karam Prasad, LLC ("KPL"), owner of the BISHOP OF SEVENTH and PRASAD brands for quality designer jeans and other apparel sold through high-end boutiques, such as Wynn Las Vegas, and department stores such as Nordstrom.

  Since its inception, and as is common practice in the industry, our client has identified its jeans with a unique design stitched into the rear pockets. This pocket stitching is KPL's signature and is known to customers and in the trade as its distinguishing mark. KPL has also marketed jeans with a unique jewel design positioned above the rear pockets and in the inside seams.

  Cache has blatantly and willfully copied, among other things, our client's pocket stitching and jewel designs in its product Besom Pocket Stretch Jean. Attached as Exhibit A is a page from the website at cache.com for reference. Further evidence of the copying is in the photographs attached as Exhibit B showing the respective products by KPL and Cache.

  In view of the foregoing, we must demand that your client immediately cease all sales of the infringing product and provide an accounting of all sales. We must have your response by no later than Friday, **May 25, 2007**. Please note that nothing contained in or omitted from this letter shall be deemed an admission of any facts or a waiver of any rights or remedies which KPL may have, all of which are expressly reserved.

Respectfully,

*Michael Culver*

Michael S. Culver

Enclosures

[1] MEMBER OF BAR OTHER THAN VA   [2] PATENT AGENT   [3] TECHNICAL ADVISOR

# Exhibit A



home    my account    order status    find a store    customer servic

sea

### shop

home

new arrivals
leather & suede salon
tops
bottoms
jackets
the dress collection
accessories
gift cards





**Besom Pocket Stretch Jean**
#03045P34631193

$88.00

**Select Color:** Denim

**Select Size:**     **Quantity:**
0                    1              FITTING GUIDE

ADD TO BAG

more views      🔍 zoom       add to wishlist   send to a friend   print this page

help    /    contact us    /    about us    /    investor relations    /    careers at Caché

http://www.cache.com/cache/control/product/~product_id=03045P34631193         5/22/2007

# Exhibit B





