Exhibit M part 1



# FaShiON SnOOPs

PRACTICAL DESIGN INSPIRATION FOR FASHION PROFESSIONALS



VISITORS.AREA

| about.us | creative.services | online.trend.services | trend.site.preview | contact.us |

## site.preview — denim

**back** to denim site-preview page

### In Focus Report




**denim back pockets**

The significance of back pocket logo design and brand identity is an ongoing discussion in our updated report on signature back pocket stitches and treatments. With the denim market saturated with more and more denim brands, the quest for creating a standout back pocket is more important than ever. The back pocket serves not only as a focal point on denim bottoms, but also as a signal of superiority in the market. This report will identify key denim powerhouses, show what makes their designs stand out, and serve as a point of inspiration for the best pockets to come!

| | | | |
|---|---|---|---|
| 1921 | Action Jeans | Analog | Apple Bottoms |
| Armani Jeans | Big Smith | Big Star | Blue Blood |
| Blue Cult | Bray Steve Alan | Buffalo | Chip & Pepper |
| Citizens of Humanity | Criminal | D&G | Denim Birds by Nudie |
| Denis Shimachev | Diesel | Division E | Duchesse |
| Duck & Cover | Earnest Sewn | Energie | Enyce/Lady Enyce |

| | | | |
|---|---|---|---|
| Evisu | Fake London | Firetrap | Forecast |
| Fornarina | Freesoul | G-Star | Gsus |
| Ghost Label | Guess Premium | Guru | Habitual |
| Hollywood | Hollywood Ranch Market | Hudson | I Jeans |
| Jack and Jones | Jack Rose | James | Japan Rags |
| Joes | Joie | Juicy Couture | Kaporal 5 |
| Kato | Killah | Ku | Kuyichi |
| Le Temps des Cerises LTC | Lei | Levi's | LTB |
| Lulu | Marithe & Francois Girbaud | Meltin' Pot | Michico Koshino |
| Mudd | Nolita | Nomad Tribe | Notify |
| Nudie | Parasuco | Pepe Jeans | Pinko |
| Prps | Rare | Re-hash | Red Ear |
| Relax | Replay | Request | Rock and Republic |
| Sean John | Seven for all Mankind | Soneti | Take Two |
| Teddy Smith | True Religion | Voi | W4night Surf |
| Warehouse | Wrangler | Yanuk | Yes or No |
| | Younique | Zoo York | |

Click on the pictures to enlarge!



1921          Action Jeans

Analog        Apple Bottoms

Top



Top

**Armani Jeans**                                                         **Big Smith**

   

Top

**Big Star**           **Blue Blood**

 

Top

**Bray Steve Alan     Buffalo**



Top

## Chip & Pepper



Top

### Citizens of Humanity



Top

### Criminal



Top

### D&G



Top

**Denim Birds by Nudie**                                                                                           **Denis Shimachev**

Case 1:07-cv-05785-PAC    Document 17    Filed 08/10/2007    Page 7 of 8



Top

**Diesel**



Top

**Division E**     **Duchesse**     **Duck & Cover**



Top

Denim Back Pockets continued on: **Page 2**