Exhibit M part 2

    

PRACTICAL DESIGN INSPIRATION FOR FASHION PROFESSIONALS    VISITORS.AREA

about.us | creative.services | online.trend.services | **trend.site.preview** | contact.us

## site.preview — denim

**back** to denim site-preview page

### In Focus Report

     

   

denim back pockets

- page 2 -

| | | | |
|---|---|---|---|
| 1921 | Action Jeans | Analog | Apple Bottoms |
| Armani Jeans | Big Smith | Big Star | Blue Blood |
| Blue Cult | Bray Steve Alan | Buffalo | Chip & Pepper |
| Citizens of Humanity | Criminal | D&G | Denim Birds by Nudie |
| Denis Shimachev | Diesel | Division E | Duchesse |
| Duck & Cover | Earnest Sewn | Energie | Enyce/Lady Enyce |
| Evisu | Fake London | Firetrap | Forecast |
| Fornarina | Freesoul | G-Star | Gsus |
| Ghost Label | Guess Premium | Guru | Habitual |
| Hollywood | Hollywood Ranch Market | Hudson | I Jeans |
| Jack and Jones | Jack Rose | James | Japan Rags |

| | | | |
|---|---|---|---|
| Joes | Joie | Juicy Couture | Kaporal 5 |
| Kato | Killah | Ku | Kuyichi |
| Le Temps des Cerises LTC | Lei | Levi's | LTB |
| Lulu | Marithe & Francois Girbaud | Meltin' Pot | Michico Koshino |
| Mudd | Nolita | Nomad Tribe | Notify |
| Nudie | Parasuco | Pepe Jeans | Pinko |
| Prps | Rare | Re-hash | Red Ear |
| Relax | Replay | Request | Rock and Republic |
| Sean John | Seven for all Mankind | Soneti | Take Two |
| Teddy Smith | True Religion | Voi | W4night Surf |
| Warehouse | Wrangler | Yanuk | Yes or No |
| | Younique | Zoo York | |

Click on the pictures to enlarge!

**Earnest Sewn**



Top

**Energie**



Top

**Enyce Lady Enyce**



Top

**Evisu**

  

**Fake London**



Top

**Firetrap**

    

Top

**Forecast**                                   **Fornarina**

Case 1:07-cv-05785-PAC    Document 18    Filed 08/10/2007    Page 5 of 9



Top

### Freesoul



### G.Star







Top

**Gsus**                               **Ghost Label**





Top

**Guess Premium**                      **Guru**





Top

**Habitual**



Top

**Hollywood**   **Hollywood Ranch Market**

   

Top

**Hudson**   **I Jeans**   **Jack and Jones**

   

Top

**Jack Rose**   **James**



Top

**Japan Rags**  **Joes**



Top

**Joie**  **Juicy Couture**



Top

Denim Back Pockets back to: **Page 1**     Denim Back Pockets continued on: **Page 3**