Exhibit M part 3

Case 1:07-cv-05785-PAC   Document 19   Filed 08/10/2007   Page 1 of 8




**FaShiON SnOOPs**

PRACTICAL DESIGN INSPIRATION FOR FASHION PROFESSIONALS        VISITORS.AREA

about.us | creative.services | online.trend.services | trend.site.preview | contact.us

site.preview        denim

**back** to denim site-preview page

## In Focus Report

     
  

denim back pockets

- page 3 -

| | | | |
|---|---|---|---|
| 1921 | Action Jeans | Analog | Apple Bottoms |
| Armani Jeans | Big Smith | Big Star | Blue Blood |
| Blue Cult | Bray Steve Alan | Buffalo | Chip & Pepper |
| Citizens of Humanity | Criminal | D&G | Denim Birds by Nudie |
| Denis Shimachev | Diesel | Division E | Duchesse |
| Duck & Cover | Earnest Sewn | Energie | Enyce/Lady Enyce |
| Evisu | Fake London | Firetrap | Forecast |
| Fornarina | Freesoul | G-Star | Gsus |
| Ghost Label | Guess Premium | Guru | Habitual |
| Hollywood | Hollywood Ranch Market | Hudson | I Jeans |
| Jack and Jones | Jack Rose | James | Japan Rags |

| | | | |
|---|---|---|---|
| Joes | Joie | Juicy Couture | Kaporal 5 |
| Kato | Killah | Ku | Kuyichi |
| Le Temps des Cerises LTC | Lei | Levi's | LTB |
| Lulu | Marithe & Francois Girbaud | Meltin' Pot | Michico Koshino |
| Mudd | Nolita | Nomad Tribe | Notify |
| Nudie | Parasuco | Pepe Jeans | Pinko |
| Prps | Rare | Re-hash | Red Ear |
| Relax | Replay | Request | Rock and Republic |
| Sean John | Seven for all Mankind | Soneti | Take Two |
| Teddy Smith | True Religion | Voi | W4night Surf |
| Warehouse | Wrangler | Yanuk | Yes or No |
| | Younique | Zoo York | |

Click on the pictures to enlarge!

**Kaporal 5**    **Kato**    **Killah**



Top

**Ku**    **Kuyichi**



Top

**Le Temps Des Cerises LTC**    **Lei**



Top

**Levi's**



Top

**LTB**    **Lulu**



Top

**Marithe & Francois Girbaud**

**Meltin' Pot**



Top

**Michico Koshino**    **Mudd**



Top

**Nolita**    **Nomad Tribe**



Top



Top

**Notify**



Top

**Nudie**



Top

**Parasuco**

  

Top

**Pepe Jeans**

   

  

Top

**Pinko**          **Prps**          **Rare**

Case 1:07-cv-05785-PAC    Document 19    Filed 08/10/2007    Page 8 of 8



Re-hash    Red Ear    Relax



Denim Back Pockets back to: Page 2    Denim Back Pockets continued on: Page 4