Exhibit M part 4

    

PRACTICAL DESIGN INSPIRATION FOR FASHION PROFESSIONALS                           VISITORS.AREA

about.us | creative.services | online.trend.services | **trend.site.preview** | contact.us

## site.preview — denim

**back** to denim site-preview page

### In Focus Report

     

  

denim back pockets

--- page 4 ---

| | | | |
|---|---|---|---|
| 1921 | Action Jeans | Analog | Apple Bottoms |
| Armani Jeans | Big Smith | Big Star | Blue Blood |
| Blue Cult | Bray Steve Alan | Buffalo | Chip & Pepper |
| Citizens of Humanity | Criminal | D&G | Denim Birds by Nudie |
| Denis Shimachev | Diesel | Division E | Duchesse |
| Duck & Cover | Earnest Sewn | Energie | Enyce/Lady Enyce |
| Evisu | Fake London | Firetrap | Forecast |
| Fornarina | Freesoul | G-Star | Gsus |
| Ghost Label | Guess Premium | Guru | Habitual |
| Hollywood | Hollywood Ranch Market | Hudson | I Jeans |
| Jack and Jones | Jack Rose | James | Japan Rags |

| | | | |
|---|---|---|---|
| Joes | Joie | Juicy Couture | Kaporal 5 |
| Kato | Killah | Ku | Kuyichi |
| Le Temps des Cerises LTC | Lei | Levi's | LTB |
| Lulu | Marithe & Francois Girbaud | Meltin' Pot | Michico Koshino |
| Mudd | Nolita | Nomad Tribe | Notify |
| Nudie | Parasuco | Pepe Jeans | Pinko |
| Prps | Rare | Re-hash | Red Ear |
| Relax | Replay | Request | Rock and Republic |
| Sean John | Seven for all Mankind | Soneti | Take Two |
| Teddy Smith | True Religion | Voi | W4night Surf |
| Warehouse | Wrangler | Yanuk | Yes or No |
| | Younique | Zoo York | |

Click on the pictures to enlarge!

**Replay**



Top

**Request**



**Rock and Republic**            **Sean John**



Top

## Seven For All Mankind



Top

## Soneti    Take Two



Top

Case 1:07-cv-05785-PAC    Document 20    Filed 08/10/2007    Page 6 of 8

**Teddy Smith**  **True Religion**



Top

**Voi**  **W4night Surf**

 

Top

**Warehouse**  **Wrangler**



Top

Yanuk



Top

Yes or No        Younique        Zoo York



Top

Denim Back Pockets back to: **Page 3**