Exhibit N



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Sat Jul 14 04:09:25 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [  ] OR [Jump] to record: [  ] **Record 1 out of 3**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Goods and Services** | IC 025. US 022 039. G & S: Pants, jeans, shorts, shirts, t-shirts, blouses, skirts and jackets. FIRST USE: 19360901. FIRST USE IN COMMERCE: 19360901 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 09.01.02 - Embroidery; Labels, clothing; Stitching, not on clothing pockets<br>09.03.16 - Collars (clothing); Cuffs (clothing); Embroidery on clothing pockets; Pockets; Pockets, clothing with embroidery or stitching; Sleeves (clothing); Stitching on clothing pockets; Waistband (clothing)<br>26.13.13 - Quadrilateral (two quadrilaterals); Two quadrilaterals<br>26.13.16 - Quadrilaterals touching or intersecting<br>26.13.28 - Miscellaneous designs with overall quadrilateral shape; Quadrilateral shapes (miscellaneous overall shape)<br>26.15.02 - Plain single or multiple line polygons; Polygons (plain, single line)<br>26.15.12 - Polygons with bars, bands and lines<br>26.15.13 - More than one polygon<br>26.15.16 - Polygons touching or intersecting<br>26.15.20 - Polygons inside one another<br>26.15.28 - Miscellaneous designs with overall polygon shape; Polygonal shapes (miscellaneous overall shape)<br>26.17.02 - Bands, wavy; Bars, wavy; Lines, wavy; Wavy line(s), band(s) or bar(s)<br>26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal<br>26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved<br>26.17.25 - Other lines, bands or bars |
| **Serial Number** | 78144339 |
| **Filing Date** | July 16, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |

| | |
|---|---|
| **Published for Opposition** | September 16, 2003 |
| **Registration Number** | 2791156 |
| **Registration Date** | December 9, 2003 |
| **Owner** | (REGISTRANT) Levi Strauss & Co. CORPORATION DELAWARE 1155 Battery Street San Francisco CALIFORNIA 94111 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 1041846;1135196;1139254 |
| **Description of Mark** | The mark consists of the combination of a double arcuate and tab design shown on the shape of a pocket, as indicated by a solid line. The lining and shading shown in the drawing are features of the mark and not intended to indicate color. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit O