UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KARAM PRASAD LLC d/b/a BISHOP OF SEVENTH, a New York limited liability company,

                      Plaintiff,

-against-

CACHE, INC., a Florida corporation,

                      Defendant.

07 CV 5785 (PAC) (JCF)

---

## DEFENDANT'S DISCLOSURE STATEMENT
## PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendant Cache, Inc. ("Cache"), by its counsel, Nixon Peabody LLP, affirms that Cache is publicly traded on NASDAQ and has no parent company.

Dated: New York, New York
       August 10, 2007

                                  NIXON PEABODY LLP

                                  /s/ Tamar Duvdevani
                                Tamar Y. Duvdevani (TD 7603)
                                437 Madison Avenue
                                New York, NY 10021
                                (212) 940-3124

BOS490770.1