UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KARAM PRASAD LLC d/b/a BISHOP OF SEVENTH, a New York limited liability company,

                            Plaintiff,

-against-

CACHE, INC., a Florida corporation,

                            Defendant.

07 CV 5785 (PAC) (JCF)

---

## NOTICE OF MOTION TO DISMISS COUNTS FIVE, SIX, SEVEN AND EIGHT OF THE AMENDED COMPLAINT

PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support of Defendant Cache Inc.'s ("Cache") Motion to Dismiss, Cache, through its undersigned counsel, moves this Court for an Order dismissing Claims Five, Six, Seven, and Eight of the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

Dated: New York, New York
       August 10, 2007

                                    NIXON PEABODY LLP

                   By:    /s/ Tamar Duvdevani
                            Tamar Y. Duvdevani (TD 7603)
                            437 Madison Avenue
                            New York, New York 10022
                            (212) 940-3000
                            (212) 940-3111 (fax)

                            Attorneys for Defendant
                            Cache, Inc.

10661569.1