UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAM PRASAD LLC d/b/a BISHOP OF
SEVENTH, a New York limited liability
company,

                    Plaintiff,

          -against-                                          07 CV 5785 (PAC) (JCF)

CACHE, INC., a Florida corporation,

                    Defendant.


## DECLARATION OF TAMAR Y. DUVDEVANI

TAMAR Y. DUVDEVANI declares under penalty of perjury that the following is true and
correct:

    1.     I am an attorney admitted to practice in the state of New York and before the
United States District Court for the Southern District of New York. I am an associate of Nixon
Peabody LLP, counsel to Defendant Caché, Inc. ("Cache"). I submit this Declaration in
opposition to Plaintiff Karam Prasad LLC d/b/a Bishop of Seventh's ("Prasad") motion for a
preliminary injunction.

    2.     Prasad did not seek permission to make its instant motion for preliminary relief
until July 19, 2007. A true and complete copy of Prasad's letter to the Court evidencing this fact
is annexed as Exhibit A.

    3.     In response to Prasad's letter, this Court offered the parties several dates to appear
for a pre-motion conference, the earliest of which was July 26, 2007. A true and complete copy
of the e-mail received by the Court evidencing this fact is annexed as Exhibit B.

4.      The undersigned counsel for Cache agreed to the July 26 date, but counsel for Prasad opted for August 7, 2007, the last of the four dates offered by the Court. E-mails evidencing these facts are annexed as Exhibit C.

5.      I have conducted a search of the United States Patent and Trademark Office ("USPTO") to look for all trademark applications filed by "Karam Prasad" or "Bishop of Seventh." As of the date of this Declaration, I found that Prasad has applications (both live and dead) on file with the USPTO for seven trademarks. None of those applications are for any of the alleged marks at issue in this action. Prasad's trademark applications are annexed as Exhibit D.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of August, 2007.

       /s/ Tamar Duvdevani
Tamar Y. Duvdevani (TD 7603)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAM PRASAD LLC d/b/a BISHOP OF
SEVENTH, a New York limited liability
company,

               Plaintiff,

    -against-

CACHE, INC., a Florida corporation,

               Defendant.

**07 CV 5785 (PAC) (JCF)**

## **<u>DECLARATION OF TAMAR Y. DUVDEVANI</u>**

## **<u>EXHIBIT A</u>**

**Duvdevani, Tamar**

| | |
|---|---|
| **From:** | Edward F. Westfield Jr. [efwjr@efwpc.com] |
| **Sent:** | Thursday, July 19, 2007 12:05 PM |
| **To:** | Duvdevani, Tamar |
| **Cc:** | culver@mwzb.com |
| **Subject:** | Karam Prasad LLC d/b/a/ Bishop of Seventh v. Cache, Inc.; Case No. 07 CV 5785 (PAC) (JCF) (S.D.N.Y.) |

**Attachments:** 07cv5785.letter.judgecrotty.premotion.20070718.pdf

Tamar:

We represent plaintiff in the above-referenced action. Please see the attached letter to Judge Crotty requesting a pre-motion conference per His Honor's Individual Practices.

   -EWJr   19.july.2007

_____
Edward F. Westfield Jr.
Attorney at Law
(212) 532-6625 ext. 12
(646) 296-1249 cellular
efwjr@efwpc.com

EDWARD F. WESTFIELD, P.C.
274 Madison Ave., Ste. 1601
New York, NY 10016-0701
(212) 532-6625 tel.
(212) 532-6627 fax
www.efwpc.com

---
The information contained in this e-mail message is from an attorney and may contain privileged and confidential information intended only for the use of the recipient named above. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited; please contact the sender immediately by telephone or reply e-mail and delete and destroy all copies of the original message. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use.
---

## EDWARD F. WESTFIELD, P.C.

ATTORNEYS AT LAW
274 MADISON AVENUE, SUITE 1601
NEW YORK, NY 10016-0701

TELEPHONE:  (212) 532-6625
FACSIMILE:   (212) 532-6627
WWW.EFWPC.COM

EDWARD F. WESTFIELD
———
EDWARD F. WESTFIELD JR.

WRITER'S EMAIL ADDRESS
efwjr@efwpc.com

June 19, 2007

**VIA ECF AND HAND DELIVERY**

Hon. Paul A. Crotty, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl St., Rm. 735
New York, NY 10007-1316

Re:    **Karam Prasad LLC d/b/a/ Bishop of
Seventh v. Cache, Inc.;
Case No. 07 CV 5785 (PAC)(JCF)**

Dear Judge Crotty:

Our firm represents the plaintiff as local counsel in the above-referenced action. Per paragraph 3A and 3C of Your Honor's Individual Practices, we write to request a pre-motion conference.

This action is for infringement of trademarks and trade dress under related federal and state claims. We have alleged that defendant has manufactured and marketed blue jeans that copy the marks and trade dress of plaintiff's blue jeans. Therefore, we seek a motion for preliminary injunction enjoining defendant's infringing conduct and unfair competition under New York common law.

This is a case of slavish copying by defendant. Even a cursory examination of the products in question (a side-by-side product photograph is attached hereto as Exhibit A) demonstrates defendant's blatant and wholesale misappropriation of plaintiff's intellectual property. Defendant's copying includes use of plaintiff's logo and inlaid crystals on the back pockets of the jeans, as seen in Exhibit A. This is not a case calling for nuances and fine points in determining the similarities at hand. A likelihood of confusion for the public is thus also clearly at hand, and defendant should be enjoined before its infringement inflicts further irreparable harm on plaintiff.

EDWARD F. WESTFIELD, P.C.

Hon. Paul A. Crotty, U.S.D.J.
Re:     Karam Prasad LLC d/b/a/
        Bishop of Seventh v. Cache, Inc.
        Case No. 07 CV 5785 (PAC)(JCF)
July 19, 2007
Page 2 of 2


        We are available for a conference at the Court's earliest convince. We appreciate the Court's consideration of this request.


                        Respectfully,

                        **EDWARD F. WESTFIELD, P.C.**

                        By: _s/_____
                            **Edward F. Westfield Jr.**
                            (212) 532-6625 ext. 12
                            efwjr@efwpc.com


Enclosures

CC:     Tamar Duvdevani, Esq.
        Nixon Peabody LLP
        Attorneys for Defendant
        437 Madison Ave., Fl. 23
        New York, NY 10022-7039
        (212) 940-3000 tel.
        (212) 940-3111 fax
        tduvdevani@nixonpeabody.com

        Michael S. Culver, Esq.
        Millen, White, Zelano & Branigan, P.C.
        Attorneys for Plaintiff (lead counsel)
        2200 Clarendon Blvd., Ste. 1400
        Arlington, VA 22201-3360
        (703) 243-6333 tel.
        (703) 243-6410 fax
        culver@mwzb.com

**Exhibit A**

**Exhibit A**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAM PRASAD LLC d/b/a BISHOP OF
SEVENTH, a New York limited liability
company,

                              Plaintiff,

        -against-                                              07 CV 5785 (PAC) (JCF)

CACHE, INC., a Florida corporation,

                              Defendant.


## DECLARATION OF TAMAR Y. DUVDEVANI


## EXHIBIT B

**Duvdevani, Tamar**

**From:**    Marlon_Ovalles@nysd.uscourts.gov
**Sent:**    Wednesday, July 25, 2007 9:03 AM
**To:**      efwjr@efwpc.com; Duvdevani, Tamar
**Subject:** Karam Prasad LLC v. Cache, Inc 07 Civ 5785 (PAC)

Good Morning,

    Pursuant to the July 19 and 23, 2007 letters from Edward F. Westfield, and the July 20, 2007 letter from Tamar Duvdevani, Judge Crotty would like **all** counsel to agree upon **three** dates for a pre-motion conference.

    Once all counsel have agreed upon the three dates, **Edward F. Westfield** shall send me a **single email** in response with the agreed upon dates.  As soon as I receive the dates, I'll determine which date works best for Judge Crotty and advise you all of the date and time of the conference by (1) entering a calendar entry on ECF and (2) sending you a confirmation email.

    Please keep in mind while agreeing on the dates that Judge Crotty will not be in the SDNY throughout the week of August 13, 2007.  For your convenience I've included dates below in which Judge Crotty is available as of today below.   Thank you.


**07/26/07:  2:45 p.m**
**07/31/07: 11:00 a.m**
**08/02/2007: 11:45 p.m**
**08/07/2007: 3:00 p.m**


Marlon Ovalles
Courtroom Deputy to the Hon. Paul A. Crotty, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735
Courtroom 20 C
New York, NY 10007
T - 212-805-6312
F - 212-805 -6304
E-Mail - Marlon_Ovalles@nysd.uscourts.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAM PRASAD LLC d/b/a BISHOP OF
SEVENTH, a New York limited liability
company,

                        Plaintiff,

            -against-                                    **07 CV 5785 (PAC) (JCF)**

CACHE, INC., a Florida corporation,

                        Defendant.


## DECLARATION OF TAMAR Y. DUVDEVANI




## EXHIBIT C

## Duvdevani, Tamar

| | |
|---|---|
| **From:** | Edward F. Westfield Jr. [efwjr@efwpc.com] |
| **Sent:** | Thursday, July 26, 2007 1:21 PM |
| **To:** | Duvdevani, Tamar |
| **Cc:** | Ryan, Frank; culver@mwzb.com |
| **Subject:** | RE: Karam Prasad LLC v. Cache, Inc 07 Civ 5785 (PAC) |
| **Attachments:** | 07cv5785.prohac.order.SIGNED.culver.michael.pdf |

Tamar:

I just left a message with your office. I spoke with Mike Culver and he is available for August 7 @ 3:00 p.m. I will out of town on vacation then, but since Mike his been admitted pro have vice on this case (see attached order) he can appear for the plaintiff.

Please call or email to confirm and I will notify the Court Deputy.

Thank you.

   -EWJr   26.july.2007

_____
Edward F. Westfield Jr.
(212) 532-6625 ext. 12
(212) 532-6627 fax
(646) 296-1249 cellular
efwjr@efwpc.com

---
The information contained in this e-mail message is from an attorney and may contain privileged and confidential information intended only for the use of the recipient named above. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited; please contact the sender immediately by telephone or reply e-mail and delete and destroy all copies of the original message. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use.
---

**From:** Duvdevani, Tamar [mailto:tduvdevani@nixonpeabody.com]
**Sent:** Thursday, July 26, 2007 11:12 AM
**To:** Edward F. Westfield Jr.
**Cc:** Ryan, Frank; culver@mwzb.com
**Subject:** RE: Karam Prasad LLC v. Cache, Inc 07 Civ 5785 (PAC)

Any news? Obviously today is now out of the picture.

Tamar Y. Duvdevani
Nixon Peabody LLP
437 Madison Avenue
☎ (212) 940-3710
🖷 (866) 851-1047
✉ tduvdevani@nixonpeabody.com

8/16/2007

**From:** Edward F. Westfield Jr. [mailto:efwjr@efwpc.com]
**Sent:** Wednesday, July 25, 2007 11:36 AM
**To:** Duvdevani, Tamar
**Cc:** Ryan, Frank; culver@mwzb.com
**Subject:** RE: Karam Prasad LLC v. Cache, Inc 07 Civ 5785 (PAC)

I'll be on vacation 8/6 to 8/19.

07/31 & 08/02 work better for me.

Have call into Mike Culver to see his availability.

We will be in touch shortly.

    -EWJr   25.july.2007

_____
Edward F. Westfield Jr.
(212) 532-6625 ext. 12
(212) 532-6627 fax
(646) 296-1249 cellular
efwjr@efwpc.com

---
The information contained in this e-mail message is from an attorney and may contain privileged and confidential information intended only for the use of the recipient named above. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited; please contact the sender immediately by telephone or reply e-mail and delete and destroy all copies of the original message. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use.
---


**From:** Duvdevani, Tamar [mailto:tduvdevani@nixonpeabody.com]
**Sent:** Wednesday, July 25, 2007 10:45 AM
**To:** Edward F. Westfield Jr.
**Cc:** Ryan, Frank
**Subject:** FW: Karam Prasad LLC v. Cache, Inc 07 Civ 5785 (PAC)

7/26 or 8/7 work on this end. The other dates below do not, and after the 13 of August the next thing that works is in September.

If either of those work for you and we advise immediately the deputy should be able to schedule it.

Tamar Y. Duvdevani
Nixon Peabody LLP
437 Madison Avenue
☎   (212) 940-3710
🖨   (866) 851-1047
✉   tduvdevani@nixonpeabody.com


**From:** Marlon_Ovalles@nysd.uscourts.gov [mailto:Marlon_Ovalles@nysd.uscourts.gov]

**Sent:** Wednesday, July 25, 2007 9:03 AM
**To:** efwjr@efwpc.com; Duvdevani, Tamar
**Subject:** Karam Prasad LLC v. Cache, Inc 07 Civ 5785 (PAC)

Good Morning,

   Pursuant to the July 19 and 23, 2007 letters from Edward F. Westfield, and the July 20, 2007 letter from Tamar Duvdevani, Judge Crotty would like **all** counsel to agree upon **three** dates for a pre-motion conference.

   Once all counsel have agreed upon the three dates, **Edward F. Westfield** shall send me a **single email** in response with the agreed upon dates.  As soon as I receive the dates, I'll determine which date works best for Judge Crotty and advise you all of the date and time of the conference by (1) entering a calendar entry on ECF and (2) sending you a confirmation email.

   Please keep in mind while agreeing on the dates that Judge Crotty will not be in the SDNY throughout the week of August 13, 2007.  For your convenience I've included dates below in which Judge Crotty is available as of today below.   Thank you.


**07/26/07:  2:45 p.m**
**07/31/07:  11:00 a.m**
**08/02/2007: 11:45 p.m**
**08/07/2007: 3:00 p.m**


Marlon Ovalles
Courtroom Deputy to the Hon. Paul A. Crotty, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735
Courtroom 20 C
New York, NY 10007
T - 212-805-6312
F - 212-805 -6304
E-Mail - Marlon_Ovalles@nysd.uscourts.gov


8/16/2007

**Duvdevani, Tamar**

| | |
|---|---|
| **From:** | Edward F. Westfield Jr. [efwjr@efwpc.com] |
| **Sent:** | Wednesday, July 25, 2007 11:36 AM |
| **To:** | Duvdevani, Tamar |
| **Cc:** | Ryan, Frank; culver@mwzb.com |
| **Subject:** | RE: Karam Prasad LLC v. Cache, Inc 07 Civ 5785 (PAC) |

I'll be on vacation 8/6 to 8/19.

07/31 & 08/02 work better for me.

Have call into Mike Culver to see his availability.

We will be in touch shortly.

　-EWJr   25.july.2007

_____
Edward F. Westfield Jr.
(212) 532-6625 ext. 12
(212) 532-6627 fax
(646) 296-1249 cellular
efwjr@efwpc.com

---
The information contained in this e-mail message is from an attorney and may contain privileged and confidential information intended only for the use of the recipient named above. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited; please contact the sender immediately by telephone or reply e-mail and delete and destroy all copies of the original message. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use.
---

**From:** Duvdevani, Tamar [mailto:tduvdevani@nixonpeabody.com]
**Sent:** Wednesday, July 25, 2007 10:45 AM
**To:** Edward F. Westfield Jr.
**Cc:** Ryan, Frank
**Subject:** FW: Karam Prasad LLC v. Cache, Inc 07 Civ 5785 (PAC)

7/26 or 8/7 work on this end. The other dates below do not, and after the 13 of August the next thing that works is in September.

If either of those work for you and we advise immediately the deputy should be able to schedule it.

Tamar Y. Duvdevani
Nixon Peabody LLP
437 Madison Avenue
☎　(212) 940-3710
🖨　(866) 851-1047
✉　tduvdevani@nixonpeabody.com

8/16/2007

**From:** Marlon_Ovalles@nysd.uscourts.gov [mailto:Marlon_Ovalles@nysd.uscourts.gov]
**Sent:** Wednesday, July 25, 2007 9:03 AM
**To:** efwjr@efwpc.com; Duvdevani, Tamar
**Subject:** Karam Prasad LLC v. Cache, Inc 07 Civ 5785 (PAC)

Good Morning,

    Pursuant to the July 19 and 23, 2007 letters from Edward F. Westfield, and the July 20, 2007 letter from Tamar Duvdevani, Judge Crotty would like **all** counsel to agree upon **three** dates for a pre-motion conference.

    Once all counsel have agreed upon the three dates, **Edward F. Westfield** shall send me a **single email** in response with the agreed upon dates.  As soon as I receive the dates, I'll determine which date works best for Judge Crotty and advise you all of the date and time of the conference by (1) entering a calendar entry on ECF and (2) sending you a confirmation email.

    Please keep in mind while agreeing on the dates that Judge Crotty will not be in the SDNY throughout the week of August 13, 2007.  For your convenience I've included dates below in which Judge Crotty is available as of today below.   Thank you.


**07/26/07:  2:45 p.m**
**07/31/07:  11:00 a.m**
**08/02/2007: 11:45 p.m**
**08/07/2007: 3:00 p.m**


Marlon Ovalles
Courtroom Deputy to the Hon. Paul A. Crotty, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735
Courtroom 20 C
New York, NY 10007
T - 212-805-6312
F - 212-805 -6304
E-Mail - Marlon_Ovalles@nysd.uscourts.gov


8/16/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAM PRASAD LLC d/b/a BISHOP OF
SEVENTH, a New York limited liability
company,

                    Plaintiff,

         -against-                                    **07 CV 5785 (PAC) (JCF)**

CACHE, INC., a Florida corporation,

                    Defendant.

**DECLARATION OF TAMAR Y. DUVDEVANI**

**EXHIBIT D**

Trademark Electronic Search System (TESS)    Page 1 of 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sat Aug 11 04:08:43 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___ OR  Jump  to record: ___ **Record 1 out of 7**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*

*Browser to return to TESS)*



| Goods and Services | IC 025. US 022 039. G & S: clothing, namely, jeans, tops. FIRST USE: 20050000. FIRST USE IN COMMERCE: 20050000 |
|---|---|
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 02.11.08 - Feet, human; Foot prints, human; Human feet, toes, imprints of feet or toes, legs; Imprints, feet or toes |
| | 03.01.01 - Lions |
| | 03.01.16 - Heads of cats, dogs, wolves, foxes, bears, lions, tigers |
| | 03.01.24 - Stylized cats, dogs, wolves, foxes, bears, lions, tigers |
| **Serial Number** | 78635871 |
| **Filing Date** | May 24, 2005 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 19, 2006 |
| **Owner** | (APPLICANT) Karam Prasad, LLC LTD LIAB CO NEW YORK 3 Livingston Ave. White Plains NEW YORK 10605 |
| **Attorney of Record** | Scott J. Major |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a figure with lion heads and human legs. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Aug 11 04:08:43 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:        **Record 2 out of 7**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# BISHOP OF SEVENTH

| | |
|---|---|
| **Word Mark** | BISHOP OF SEVENTH |
| **Goods and Services** | IC 025. US 022 039. G & S: jeans and tops. FIRST USE: 20051000. FIRST USE IN COMMERCE: 20060200 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78978614 |
| **Filing Date** | November 28, 2005 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 26, 2006 |
| **Owner** | (APPLICANT) Karam Prasad, LLC LTD LIAB CO NEW YORK 3 Livingston Avenue White Plains NEW YORK 10605 |
| **Attorney of Record** | Scott J. Major |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Trademark Electronic Search System (TESS)    Page 1 of 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Aug 11 04:08:43 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start  List At: ____   OR  Jump  to record: ____   **Record 3 out of 7**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# BISHOP OF SEVENTH

| | |
|---|---|
| **Word Mark** | BISHOP OF SEVENTH |
| **Goods and Services** | IC 025. US 022 039. G & S: Footwear, dresses, skirts and jackets |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78762060 |
| **Filing Date** | November 28, 2005 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 26, 2006 |
| **Owner** | (APPLICANT) Karam Prasad, LLC LTD LIAB CO NEW YORK 3 Livingston Avenue White Plains NEW YORK 10605 |
| **Attorney of Record** | Scott J. Major |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sat Aug 11 04:08:43 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:          **Record 4 out of 7**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# PRASAD

| | |
|---|---|
| **Word Mark** | PRASAD |
| **Goods and Services** | (ABANDONED) IC 025. US 022 039. G & S: Footwear and clothing, namely, jeans, tops, dresses, skirts and jackets |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78635858 |
| **Filing Date** | May 24, 2005 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 29, 2006 |
| **Owner** | (APPLICANT) Karam Prasad, LLC LTD LIAB CO NEW YORK 3 Livingston Ave. White Plains NEW YORK 10605 |
| **Attorney of Record** | Scott J. Major |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | February 21, 2007 |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sat Aug 11 04:08:43 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:       OR  Jump  to record:        **Record 5 out of 7**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# PURPLE COTTON

| | |
|---|---|
| **Word Mark** | PURPLE COTTON |
| **Goods and Services** | (ABANDONED) IC 025. US 022 039. G & S: Footwear and clothing, namely, jeans, tops, dresses, skirts and jackets |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78654386 |
| **Filing Date** | June 20, 2005 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Karam Prasad, LLC LTD LIAB CO NEW YORK 3 Livingston Avenue White Plains NEW YORK 10605 |
| **Attorney of Record** | Scott J. Major |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | January 30, 2007 |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Aug 11 04:08:43 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:        OR   Jump   to record:     **Record 6 out of 7**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   ( *Use the "Back" button of the Internet Browser to return to TESS)*

# BISHOP

| | |
|---|---|
| **Word Mark** | BISHOP |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, footwear, handbags and accessories |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77126836 |
| **Filing Date** | March 9, 2007 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Karam Prasad, LLC LTD LIAB CO NEW YORK 3 Livingston Avenue White Plains NEW YORK 10605 |
| **Attorney of Record** | Scott J. Major |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                    Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Sat Aug 11 04:08:43 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 7 out of 7**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Goods and Services** | IC 025. US 022 039. G & S: Footwear and clothing, including jeans, tops, dresses, skirts and jackets |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 24.13.01 - Cross, Latin (shorter horizontal lines); Latin cross (shorter horizontal lines)<br>24.13.25 - Cross, ankh; Cross, Maltese; Other crosses, including ankh, Maltese |
| **Serial Number** | 77055414 |
| **Filing Date** | December 1, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Karam Prasad, LLC LTD LIAB CO NEW YORK 3 Livingston Avenue White Plains NEW YORK 10605 |
| **Attorney of Record** | Scott J. Major |
| **Description of Mark** | The mark consists of a stylized cross . |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |