UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARAM PRASAD, LLC d/b/a/ BISHOP OF SEVENTH,<br><br>                      Plaintiff,<br><br>    - *against* -<br><br>CACHE, INC.,<br><br>                      Defendant. | Case No. 07 CV 5785 (PAC) (JCF)<br><br>DECLARATION OF ADRIANO GOLDSCHMIED IN SUPPORT OF KARAM PRASAD, LLC |

I, Adriano Goldschmied, submit this Declaration in support of Karam Prasad, LLC ("Karam Prasad") and declare as follows:

1. I have been involved with the clothing industry since the early 1970s as a designer, manufacturer, retailer and advisor regarding branding concepts. I have been closely involved with denim products, particularly premium and designer jeans. I was the founders in launching highly successful clothing brands, including the Diesel and Replay lines of jeans, and I have been associated with many other brands in various capacities. For example, I have advised U.S. clothing companies, including GAP and DKNY Jeans, regarding design and marketing. My awards in the clothing field include the "Best Women's Jeans" award from Sportswear International for the years 2002, 2003 and 2004. Other awards and accomplishments are detailed in the attached Bio.

2. The blue jeans marketed by Karam Prasad, LLC have stitched into the back pockets the design shown below, within the outline of the pocket:



3. Based on my professional experience in the clothing field, particularly with respect to jeans, this design would be recognized as a trademark, and, here, as a trademark to identify Karam Prasad. This recognition would come from others in the trade, such as designers, manufacturers, and retailers, and from purchasers and potential purchasers who are familiar with these jeans. Indeed, even those in the trade and consumers who were not familiar with the products of Karam Prasad would recognize the design, upon first encountering it, as a trademark; that is, a design that is meant to identify a source for the products.

4. The basis for this recognition of the design as a trademark comes from the market's history and dynamics. Consumers in the 1980s became accustomed to designer blue jeans, and these jeans featured various designs and logos on the back pockets as trademarks. In the past decade, premium jeans, often considered as those costing over $100 per pair, have regained immense popularity, and there are now many more brands

from all over the world competing for attention. To stand out in this crowded market, premium jeans are expected to have a signature identifier, typically on the back pockets. This identifier acts as a trademark for the source, but also acts as an integral part of the purchaser's desire for the product; that is, to have a select brand image which in turn reflects positively on the purchaser. Because purchasers and persons in the trade are so attuned to looking for and recognizing trademarks on the pockets of premium jeans, the design on Karam Prasad's products readily fits into those expectations in the market for a trademark to identify the source of the products.

    I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 8/18/07

By: _____
Adriano Goldschmied

## ADRIANO GOLDSCHMIED BIO

It all began in 1970 with the opening of Adriano Goldschmied's "The King Shop" in Cortina d'Ampezzo, which is the most stylish and luxurious ski resort in Europe. News spread quickly of the innovative designs and unique treatment of denim at The King Shop and soon retailers were visiting Cortina for the sole purpose of procuring Adriano's distinctive clothing for their stores.

Within a brief time frame of two years, Adriano launched King Jeans. The line completely altered the way denim was viewed by the elitist citizens of the fashion world. Jeans were no longer dismissed as purely utilitarian; but were embraced as legitimate fashion for the first time. Famous for using elaborate fabrics, wild colors and a modern slim fit, King Jeans quickly spread to stores all over the globe. Adriano followed the success of King Jeans with the launch of "Daily Blue", thus crafting the first pair of designer jeans.

From the late 70's until 1986, Adriano set up "The Genius Group", a think tank known for creating creative strategic branding concepts. The Genius Group was fueled by the most artistic minds in the fashion industry --Katherine Hamnet, Bruce Weber and Tony Viramontes to name a few. Under Adriano's guidance and vision, successful brands and partnerships such as Diesel, Replay, Goldie, Martin Guy, Bobo Kaminski, and Ten Big Boys emerged, impacting not only fashion but pop culture and trend cycles as well.

The concept of the Genius Group evolved into Team Kit, founded by Adriano in 1986. Team Kit packaged design and marketing capabilities for an impressive list of clients including GAP, Mavi, DKNY Jeans, Big Star, Esprit, Pepe Jeans, and Trussardi Jeans and many others. Based on the exceptional results Adriano shared with his clients, it was clear that he should return to his roots as an inventor and explorer.

As a partner and the designer of Rivet and Retour, Adriano perfected the techniques of crafting natural, organic, and vintage jeans. With so much knowledge and skill Adriano shifted his attention to the American market and volume potential without sacrificing quality. Through a partnership with Ron Herman, "A Gold E" was launched in Los Angeles in 1993 and enjoyed considerable success. Many consider this the start of the premium denim in America.

Three years later, it was time of the Adriano Golschmied Women's Collection beta-tested in Japan 1996. Limited U.S. and European rollouts followed two years later. The potential for growth was undeniable, and all indicators pointed to the American market, hence AG Adriano Golschmied moved to Los Angeles. Adriano, his wife and three daughters left Italy and relocated permanently to Los Angeles. Since the year of 2002, distribution and brand recognition grew rapidly and a men's line was launched in the spring.

In 2005, fusing his high fashion, glamour and street wear knowledge, Adriano created GoldSign; a collection focused on the desires of its clients, where luxury meets detail. Reaching and surpassing the expectations of today's most sophisticated people, GoldSign's collections are destined to become a must have with each season. As a luxury casual and rare denim brand, GoldSign is sold in the fashion capitals high and designer boutiques such as Biffi Milan, Dover Street Market London, Estnation Tokyo and Podium Moscow as well as in the top tier retailers as Barney's Los Angeles and Jeffrey's New York.

*** Honored with four awards ***
Sportswear International, "Best Women's Jeans" 2002/2003 & 2004
Atlanta Market, "The Diva Award" 2002; Women's Wear Daily, "Hot Item of the year" 2002.

The American premium denim is born. The know-how that Adriano brings from Italy finds fertile ground in LA.

**1996 – Launches "AG Adriano Goldschmied" made in Italy women's wear.**
Under his own name, Adriano launches the highly successful women's line, which realizes his vast knowledge and expertise in the denim industry.

**2000 – Final destination: LA.** Adriano moves his family and his business to LA. AG Adriano Goldschmied manufactured in USA becomes one of the leading brands in premium denim.

**2002 – Launch of Men's Line**
The success and growth of the women's line leads to the demand for and creation of a menswear collection.

**2005 - 'GoldSign'**
Summer 2005 sees the launch of GoldSign, rare products and luxury goods. Premium products are brought to a new level. High fashion meets the contemporary casual.

**2006 – Adriano Goldschmied and Evisu Collaborate on Limited Edition Luxury Jean**
In celebration of Evisu's 10th anniversary, the brand join forces with Adriano to create a limited edition jean with a production run of only 1,000 pairs.

**2006 – GoldSign and Supima Collaborate on Short Film - *Sea Of Cotton***
Debuts at the Coterie Show in New York. *Sea of Cotton* is the first of an ongoing series on the luxurious comfort and style of Supima cotton in fine apparel.

**2007 – Adriano Goldschmied at Bunka Fukuso College, Japan**
On April 25th, Adriano led a special fashion and denim seminar at Bunka Fukuso College in Tokyo. Lecturing to a group of approximately 200 students, he began with his professional history in the industry, and then dove into the evolution of the denim process and finally the creation of the denim jean. Adriano impressed upon students that it is important to have a love and passion for what you do.

**Awards**
Sportswear International, "Best Newcomer North America" 2005
PITTI IMMAGINE Premio alla carriera 2005.
Sportswear International, "Best Women's Jeans" 2002-2003-2004
Atlanta Market, "The Diva Award" 2002;
Women's wear daily, "Hot Item of the year" 2002