UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARAM PRASAD LLC d/b/a BISHOP OF SEVENTH, a New York limited liability company,

           Plaintiff,

-against-

CACHE, INC., a Florida corporation,

           Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 4 2007

07 CV 5785 (PAC)

**ORDER**

Based upon the parties' memoranda and oral argument held on August 22, 2007, Plaintiff's Motion for a Preliminary Injunction made pursuant to Federal Rule of Civil Procedure 65(a) is hereby GRANTED; and it is hereby ORDERED as follows:

Defendant, Cache, Inc., and each of its officers, agents, servants, employees, successors and assigns, and all persons in active concert or participation with them, are hereby preliminarily enjoined, until the final disposition of this action, from the sale, offering for sale or the advertising of Defendant's product called the "Besom Pocket Stretch Jean." Within 30 days of entry of this Order, Defendant shall file with the Court and serve upon Plaintiff's attorneys a written report under oath setting forth in detail the manner in which Defendant has complied with this Order.

Pursuant to Federal Rule of Civil Procedure 65(c), this Preliminary Injunction shall not take effect until Plaintiff files a Security in the amount of $7000 for the payment of such costs and damages as may be incurred or suffered if Defendant is found to have been wrongfully enjoined hereunder.

10700935.2

SO ORDERED:

Dated: August 24, 2007

_____
Hon. Paul A. Crotty
U.S. District Court Judge