*Clotty, J*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   SEP 2 6 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KARAM PRASAD, LLC d/b/a/ BISHOP
OF SEVENTH,

                                        Plaintiff,

            - against -

CACHE, INC.,

                                        Defendant.

---

Case No. 07 CV 5785 (PAC) (JCF)


**FINAL JUDGMENT GRANTING
CONSENT INJUNCTION**

---

This Civil Action coming on to be heard upon the pleadings and proceedings heretofore

had herein, and it being represented to the Court that parties have compromised and settled the

matters in dispute, now therefore, upon consent of the parties acting through their attorneys:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      This Court has jurisdiction over the parties and the subject matter of this action.

2.      Defendant, Cache, Inc., and each of its officers, agents, servants, employees, attorneys,

successors and assigns, and all persons in active concert or participation with them, are hereby

permanently enjoined from the sale, offering for sale or the advertising of (A) Defendant's

product called Besom Pocket Stretch Jean; and (B) any use of Plaintiff's trademark as depicted

below, so as to be likely to cause confusion, deception or mistake on or in connection with the

sale, offering for sale or the advertising of any product not authorized by Plaintiff.

1



3.      Within 30 days of entry of this Order, Defendant shall file with the Court and serve upon

Plaintiff's attorneys a written report under oath setting forth in detail the manner in which

Defendant has complied with this Order.

4.      The ~~Court shall retain jurisdiction over this matter and the parties for the purpose of~~      *PAC*

~~enforcing this Final Judgment.~~ This action is ~~otherwise~~ dismissed with prejudice with each party      *PAC*

to bear its own costs and attorney's fees.

SO ORDERED.

Dated: _September 26, 2007_                                   _Paul A. Crotty_

Hon. Paul A. Crotty
U.S District Court Judge

2

AGREEED AS TO FORM AND ENTRY:

EDWARD F. WESTFIELD, P.C.                      NIXON PEABODY LLP

Attorneys for Plaintiff                         Attorneys for Defendant


By: _____                    By: _____
Edward F. Westfield Jr.(EW1625)                 Tamar Y. Duvdevani (TD7603)
274 Madison Avenue, Ste. 1601                   437 Madison Avenue
New York, N.Y. 10016-0701                       New York, N.Y. 100022
(212) 532-6625                                  (212) 940-3000
(212) 532-6627 (fax)                            (212) 940-3111 (fax)


MILLEN, WHITE, ZELANO & BRANIGAN, P.C.
Attorneys for Plaintiff
Michael S. Culver (admitted *pro hac vice*)
2200 Clarendon Blvd., Ste. 1400
Arlington, VA 22201-3360
(703) 243-6333
(703) 243-6410 (fax)

3